## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 25, 2014

**Notice**

Mr. Timothy Brian McGranor
Vorys, Sater, Seymour & Pease
P.O. Box 1008
Columbus, OH 43215

Mr. Warner D. Mendenhall
Law Office
190 N. Union Street
Suite 201
Akron, OH 44304

Re:  No. 13-3379
     *Fritz Dairy Farm LLC, et al v. Chesapeake Exploration. L.L.C., et al*

Dear Counsel,

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Friday, June 27, 2014**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                         Sincerely yours,

                         s/Lance A. Gifford
                         Calendar Deputy

cc:  Mr. John K. Keller