**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 18, 2014

Geri M. Smith
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

Re: Case No. 13-3379, *Fritz Dairy Farm LLC, et al v. Chesapeake Exploration. L.L.C., et al*
Originating Case No. : 5:12-cv-01736

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. Mark R. Fritz
    Ms. Michelle E. Fritz
    Mr. John K. Keller
    Mr. Timothy Brian McGranor
    Mr. Warner D. Mendenhall

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 13-3379

_____

Filed: July 18, 2014

FRITZ DAIRY FARM LLC; MARK R. FRITZ; MICHELLE E. FRITZ

    Plaintiffs - Appellants

v.

CHESAPEAKE EXPLORATION. L.L.C.; RICHARD OWEN; KENYON ENERGY LLC

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 06/03/2014 the mandate for this case hereby issues today.


COSTS:  None