**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 03, 2013

Mr. Warner D. Mendenhall
Law Office
190 N. Union Street
Suite 201
Akron, OH 44304

Re:  Case No. 13-3379, *Fritz Dairy Farm LLC, et al v. Chesapeake Exploration. L.L.C., et al*
Originating Case No. : 5:12-cv-01736

Dear Mr. Mendenhall,

   This appeal has been docketed as case number **13-3379** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. The filing fee must also be paid to the district court immediately if it was not paid when the notice of appeal was filed.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 17, 2013**.

> Appellant:  Appearance of Counsel
> Civil Appeal Statement of Parties & Issues
> Transcript Order
> Disclosure of Corporate Affiliations
> Application for Admission to 6th Circuit Bar (if applicable)

> Appellee:  Appearance of Counsel
> Disclosure of Corporate Affiliations
> Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Linda M. Niesen
                                              Case Manager
                                              Direct Dial No. 513-564-7038

cc:  Mr. John K. Keller

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 13-3379

FRITZ DAIRY FARM LLC; MARK R. FRITZ; MICHELLE E. FRITZ

    Plaintiffs - Appellants

v.

CHESAPEAKE EXPLORATION. L.L.C.; RICHARD OWEN; KENYON ENERGY LLC

    Defendants - Appellees