UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __13-3379__

Case Name: __Fritz Dairy Farm LLC, et al.__ vs. __Chesapeake Exploration. L.L.C., et a__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

> FRITZ DAIRY FARM LLC, MARK R. FRITZ, MICHELLE E. FRITZ

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

Name: __Warner Mendenhall__    Admitted: __12-27-1999__
(Sixth Circuit admission date only)

Signature: __/s/ Warner Mendenhall__

Firm Name: __The Law Offices of Warner Mendenhall, Inc__

Business Address: __190 N. Union St.__

Suite: __201__    City/State/Zip: __Akron, OH 44304__

Telephone Number (Area Code): __330.535.9160__

Email Address: __warnermendenhall@gmail.com__

---

**CERTIFICATE OF SERVICE**

I certify that on __4-17-2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Warner Mendenhall__

---