UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __13-3379__     Case Manager: __Linda Niesen__

Case Name: __Fritz Dairy Farm LLC, et al. v. Chesapeake Exploration, LLC et al.__

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
 Case Name: _____  Citation: _____
 Was that case mediated through the court's program?  ☐ Yes  ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

The appeal is being taken against Chesapeake Exploration, et al.
The specific issue is whether or not the Plaintiffs/Appellants entered into a settlement agreement with the Defendants/Appellees and whether or not the District Court had jurisdiction on the case.

This is to certify that a copy of this statement was served on opposing counsel of record this __17th__ day of __April__, __2013__

__[signature]__
Name of Counsel for Appellant
__Warner Mendenhall__

6CA-53
Rev. 6/08