# IN THE UNITED STATES COURT OF APPEALS

# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| FRITZ DAIRY FARM, LLC, ET AL. ) | Case No. 13-3379 |
| ) | |
|     Plaintiff-Appellant    ) | |
| ) | |
| v.    ) | |
| ) | |
| CHESAPEAKE EXPLORATION,  ) | On appeal from the U.S. District |
| LLC, ET AL.    ) | Court, Northern District of Ohio |
| ) | Case No.: 5:12-cv-01736 |
|     Defendant-Appellee.    ) | |

## MOTION FOR ADDITIONAL TIME
## TO FILE BRIEF

WARNER MENDENHALL, 0070165
ALYSSA ALLEN, 0082715
THE LAW OFFICES OF WARNER
MENDENHALL, INC.
190 N. Union St., Ste 201
Akron, OH  44304
330-535-9160; 330-762-9743 fax

ATTORNEYS for PLAINTIFF-
APPELLANT

JOHN KELLER, 0019957
TIM MCGRANOR, 0072365
VORYS, SATER, SEYMOR &
PEASE, LLP.
52 E. Gay St., POB 1008
Columbus, OH  43216-1008
614-464-6389

ATTORNEYS for
DEFENDANT-APPELLEE

Now come Plaintiffs-Appellants, through counsel, to request an additional 30 days, or until November 7, 2013 to file their Brief. No previous requests for an extension have been made, and the request is not made for the purposes of delay. The request is made because Plaintiff-Appellants' counsel are in the midst of a difficult litigation schedule including an expedited election matter before the Ohio Supreme Court, Davis v. Summit County Board of Elections, Case No. 13-1533.

                Respectfully submitted,

/s/Warner Mendenhall
WARNER MENDENHALL, 0070165
190 North Union Street, Suite 201
Akron, OH  44304
(330) 535-9160; fax (330) 762-9743
warnermendenhall@hotmail.com
ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was served to all parties via the Court's CM/ECF system this 8th day of October, 2013.

/s/Warner Mendenhall, 0070165
One of the Attorneys for Plaintiff-Appellant
