# IN THE UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| FRITZ DAIRY FARM, LLC, ET AL. ) | Case No. 13-3379 |
| ) | |
| Plaintiff-Appellant ) | |
| ) | |
| v.  ) | |
| ) | |
| CHESAPEAKE EXPLORATION, ) | On appeal from the U.S. District |
| LLC, ET AL. ) | Court, Northern District of Ohio |
| ) | Case No.: 5:12-cv-01736 |
| Defendant-Appellee. ) | |

## MOTION FOR ADDITIONAL TIME
## TO FILE BRIEF

| | |
|---|---|
| WARNER MENDENHALL, 0070165 | JOHN KELLER, 0019957 |
| ALYSSA ALLEN, 0082715 | TIM MCGRANOR, 0072365 |
| THE LAW OFFICES OF WARNER | VORYS, SATER, SEYMOR & |
| MENDENHALL, INC. | PEASE, LLP. |
| 190 N. Union St., Ste 201 | 52 E. Gay St., POB 1008 |
| Akron, OH  44304 | Columbus, OH  43216-1008 |
| 330-535-9160; 330-762-9743 fax | 614-464-6389 |
| | |
| ATTORNEYS for PLAINTIFF-APPELLANT | ATTORNEYS for DEFENDANT-APPELLEE |

Now come Plaintiffs-Appellants, through counsel, to request an additional 7 days, or until November 14, 2013 to file their Brief. One previous requests for an extension was made and granted, and the request is not made for the purposes of delay. The request is made because Plaintiff-Appellants' counsel have had a difficult litigation and briefing schedule.

Respectfully submitted,

/s/Warner Mendenhall
WARNER MENDENHALL, 0070165
190 North Union Street, Suite 201
Akron, OH  44304
(330) 535-9160; fax (330) 762-9743
warnermendenhall@hotmail.com
ATTORNEY FOR APPELLANT

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing was served to all parties via the Court's CM/ECF system this 6th day of November, 2013.

/s/Warner Mendenhall, 0070165
One of the Attorneys for Plaintiff-Appellant
