## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 02, 2014

Mr. Warner D. Mendenhall
Law Office
190 N. Union Street
Suite 201
Akron, OH 44304

Re: Case No. 13-3379, *Fritz Dairy Farm LLC, et al v. Chesapeake Exploration. L.L.C., et al*
Originating Case No. : 5:12-cv-01736

Dear Mr. Mendenhall,

The appellant's motion to extend time to file a reply brief is hereby **GRANTED**. The reply brief is now due to be electronically filed by **January 21, 2014**.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. John K. Keller
    Mr. Timothy Brian McGranor

Enclosure